FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBBEAN BLUES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAGENTA CLOTHING, INC. et al. <br><br> Defendants. | Case No. CV 08-003903 CBM (AGRx) <br> AMENDED <br> JUDGMENT |

In accordance with Federal Rule of Civil Procedure 58, and consistent with this Court's Order of February 27, 2009 Granting in part and Denying in part Plaintiff Caribbean Blues Inc.'s Application for Default Judgment Against Defendants Magenta Clothing, Inc., Kyung Bok Lee and Jorge Hulnac dba Best Jeans, [Docket No. 27], IT IS ORDERED AND ADJUDGED that judgment be

//
//

1 | entered against Defendant Magenta Clothing, Inc. in favor of Plaintiff Caribbean
2 | Blues, Inc. in the amount of $40,000.
3 |     IT IS SO ORDERED.
4
5 | DATED: July 23, 2009        By _____
6 |                                         CONSUELO B. MARSHALL
                                        UNITED STATES DISTRICT JUDGE